O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MARTINS,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>ARCOLA WASHINGTON ADDUCI, Warden,<br><br>　　　　Respondent. | Case No. CV 10-3417-AG (DTB)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered granting defendant's Motion to Dismiss and dismissing this action with prejudice.

DATED: April 30, 2011

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

1