JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MARTINS, | ) Case No. CV 10-3417-AG (DTB) |
| Petitioner, | ) |
| | ) **JUDGMENT** |
| vs. | ) |
| ARCOLA WASHINGTON ADDUCI, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that defendant's Motion to Dismiss is granted and this action is dismissed with prejudice.

DATED: April 30, 2011

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

1